IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-91-AP**

**COLORADO ENVIRONMENTAL COALITION, et al**,

    Plaintiffs,

v.

**DIRK KEMPTHORNE, et al.,**

    Defendants.

**SHELL FRONTIER OIL & GAS INC.,
AMERICAN PETROLEUM INSTITUTE,**

    Intervenor Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Withdraw (doc. #52), filed October 5, 2009, is GRANTED. Donna Vetrano Pryor is permitted to withdraw as counsel of record for Intervenor Defendant, American Petroleum Institute.

Dated: October 6, 2009