**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 09-cv-00091-AP**

**COLORADO ENVIRONMENTAL COALITION,**
**WESTERN COLORADO CONGRESS,**
**WILDERNESS WORKSHOP,**
**BIODIVERSITY CONSERVATION ALLIANCE,**
**SOUTHERN UTAH WILDERNESS ALLIANCE,**
**RED ROCK FORESTS,**
**WESTERN RESOURCE ADVOCATES,**
**NATIONAL WILDLIFE FEDERATION,**
**CENTER FOR BIOLOGICAL DIVERSITY,**
**THE WILDERNESS SOCIETY,**
**NATURAL RESOURCES DEFENSE COUNCIL,**
**DEFENDERS OF WILDLIFE**, and
**SIERRA CLUB**,

    Plaintiffs,

        v.

**KEN SALAZAR**, Secretary of the Interior, in his official capacity;
**WILMA LEWIS**, Assistant Secretary, Land and Minerals Management, in her official capacity;
**BOB ABBEY**, Director, Bureau of Land Management, in his official capacity; and
**THE UNITED STATES DEPARTMENT OF THE INTERIOR** and
**THE BUREAU OF LAND MANAGEMENT**, federal agencies.

    Defendants, and

**AMERICAN PETROLEUM INSTITUTE** and
**SHELL FRONTIER OIL & GAS INC.**,

    Intervenor Defendants.

___

**ORDER**
___

    This matter is currently before me on the parties' Joint Motion to Administratively Close

the Case (doc. 80). pursuant to D.C. Colo. L. Civ. R. 41.2.  The parties have executed a Settlement Agreement, submitted with the Joint Motion, requiring Defendants to take certain actions and resolving Plaintiffs' claims upon timely completion of those actions. Pursuant to the terms of the Settlement Agreement, Defendants and Plaintiffs have requested that I administratively close this case pending further actions by Defendants. The Settlement Agreement sets forth certain circumstances under which Plaintiffs and Defendants may move to reopen this lawsuit.

I find that good cause exists to administratively close the case. Accordingly, this case is hereby ADMINISTRATIVELY CLOSED. In addition, Plaintiffs and Defendants are instructed to promptly notify me when the land use planning process required by the Settlement Agreement has been completed.

Dated:  February 15, 2011.                      BY THE COURT:

                                                  **/s/John L. Kane**
                                                  SENIOR U.S. DISTRICT JUDGE