**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 09-cv-00091-JLK**

**COLORADO ENVIRONMENTAL COALITION,
WESTERN COLORADO CONGRESS,
WILDERNESS WORKSHOP,
BIODIVERSITY CONSERVATION ALLIANCE,
SOUTHERN UTAH WILDERNESS ALLIANCE,
RED ROCK FORESTS,
WESTERN RESOURCE ADVOCATES,
NATIONAL WILDLIFE FEDERATION,
CENTER FOR BIOLOGICAL DIVERSITY,
THE WILDERNESS SOCIETY,
NATURAL RESOURCES DEFENSE COUNCIL,
DEFENDERS OF WILDLIFE,** and
**SIERRA CLUB,**

    Plaintiffs,

        v.

**KEN SALAZAR,** Secretary of the Interior, in his official capacity;
**WILMA LEWIS,** Assistant Secretary, Land and Minerals Management, in her official capacity;
**BOB ABBEY**, Director, Bureau of Land Management, in his official capacity; and
**THE UNITED STATES DEPARTMENT OF THE INTERIOR** and
**THE BUREAU OF LAND MANAGEMENT**, federal agencies.

    Defendants, and

**AMERICAN PETROLEUM INSTITUTE** and **SHELL FRONTIER OIL & GAS INC**.,

    Intervenor Defendants.

---

**ORDER**

---

2

This matter is currently before me on Plaintiffs' Motion for Leave to File Surreply on Intervenors' Motion to Reopen the Case (doc. 87).  Having reviewed the motion, and finding that Intervenors raised arguments relating to Plaintiffs' Article III standing for the first time in their Reply brief, the motion is GRANTED.  The clerk shall docket Exhibit 1 to Plaintiffs' motion as their Surreply to Intervenors' Reply.

Dated:  April 27, 2011                                    BY THE COURT:

**/s/John L. Kane**
Senior U.S. District Judge